STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counterclaim
Defendant YOICHI HARIGUCHI

H. MARK LYON (SBN 162061)
MLyon@gibsondunn.com
STUART M. ROSENBERG (SBN 239926)
SRosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER *LLP*
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants and Counterclaimants
NETLOGIC MICROSYSTEMS, INC., and
INTEGRATED DEVICE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YOICHI HARIGUCHI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETLOGIC MICROSYSTEMS, INC., a Delaware corporation, and INTEGRATED DEVICE TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 4:10-cv-02203-SBA<br><br>**JOINT STIPULATION AND ORDER** |

Pursuant to Local Rule 6-2, Plaintiff Yoichi Hariguchi ("Hariguchi") and Defendants NetLogic Microsystems, Inc. ("NetLogic") and Integrated Device Technology, Inc. ("IDT"), by and through their respective counsel, hereby agree and stipulate to short extensions of certain deadlines set by the Court's September 14, 2009 Case Management Scheduling Order, as shown below:

| Event | Current Deadline (per 9/14/09 Order) | Revised Deadline |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (PLR 3-1) | Friday, November 19, 2010 | Wednesday, January 12, 2011 |
| Invalidity Contentions (PLR 3-3) | Friday, January 7, 2011 | Friday, January 28, 2011 |
| Exchange of Proposed Terms for Construction (PLR 4-1) | Friday, January 21, 2011 | Friday, February 11, 2011 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (PLR 4-2) | Friday, February 11, 2011 | Friday, February 25, 2011 |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | Tuesday, March 8, 2011 | Tuesday, March 22, 2011 |

The parties request these short extensions because they disagree about whether the infringement contentions already served by Hariguchi on November 19, 2010 meet the requirements of Patent Local Rule 3-1, and rather than burden the Court with that issue at this time, the parties have agreed that Hariguchi will serve supplemental infringement contentions in early January so that the parties can continue to try to resolve the issue informally. The parties also agree that short extensions to the next few Patent Local Rule deadlines are warranted in light of the extension for infringement contentions.

/ / /

/ / /

/ / /

1  There have not yet been any modifications to the Court's scheduling order in this case, and
2  this stipulated modification would not affect the schedule for the parties' claim construction briefs
3  or the date of the Court's Markman hearing.
4  Therefore, the parties respectfully request that the Court approve this stipulation.
5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7  Dated: December 22, 2010                    CARR & FERRELL *LLP*

10                                              By: /s/ Stuart C. Clark
                                                STUART C. CLARK
                                                CHRISTINE S. WATSON

11                                              Attorneys for Plaintiff and Counterclaim Defendant
                                                YOICHI HARIGUCHI

14  Dated: December 22, 2010                    GIBSON, DUNN & CRUTCHER *LLP*

16                                              By: /s/ Stuart M. Rosenberg
                                                H. MARK LYON
17                                              STUART M. ROSENBERG
                                                Attorneys for Defendants and Counterclaimants
18                                              NETLOGIC MICROSYSTEMS, INC. and
                                                INTEGRATED DEVICE TECHNOLOGY, INC.

20          PURSUANT TO STIPULATION, IT IS SO ORDERED.
21  DATED: January 3, 2011

                                                _____
                                                SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE