STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counterclaim
Defendant YOICHI HARIGUCHI

H. MARK LYON (SBN 162061)
MLyon@gibsondunn.com
STUART M. ROSENBERG (SBN 239926)
SRosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants and Counterclaimants
NETLOGIC MICROSYSTEMS, INC., and
INTEGRATED DEVICE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YOICHI HARIGUCHI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NETLOGIC MICROSYSTEMS, INC., a Delaware corporation, and INTEGRATED DEVICE TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 4:10-cv-02203-SBA<br><br>**JOINT STIPULATION AND ORDER** |

Pursuant to Local Rule 6-2, Plaintiff Yoichi Hariguchi ("Hariguchi") and Defendants NetLogic Microsystems, Inc. ("NetLogic") and Integrated Device Technology, Inc. ("IDT"), by and through their respective counsel, hereby agree and stipulate to short extensions of certain deadlines set by the Court's Case Management Scheduling Order (D.I. 31, as amended by D.I. 38), as shown below, if acceptable to the Court:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | Tuesday, March 22, 2011 | Tuesday, April 12, 2011 |
| Completion of Claim Construction Discovery (PLR 4-4) | Monday, April 11, 2011[1] | Monday, April 25, 2011 |
| Opening Claim Construction Brief (PLR 4-5(a)) | Monday, April 25, 2011 | Thursday, April 28, 2011 |
| Responsive Claim Construction Brief (PLR 4-5(b)) | Monday, May 9, 2011 | Wednesday, May 11, 2011 |
| Reply Claim Construction Brief (PLR 4-5(c)) | Monday, May 16, 2011 | *Unchanged.* |
| *Markman* Hearing (PLR Rule 4-6) | June 1, 2011 at 9:00 a.m. for 2-4 hours. Case Management Conference to follow. | *Unchanged.* |

The parties request these short extensions because Plaintiff's counsel will be out of the country for much of the month of March, and the parties wish to pursue informal settlement discussions in early April while leaving time for depositions if necessary before the close of claim construction discovery. The extensions requested herein will not change the date of the Court's *Markman* hearing or the deadline for the final pre-hearing brief. The Court has granted one prior request by the parties for short extensions of deadlines (D.I. 38), which, like this request, did not change the date of the Court's Markman hearing.

---

[1] The parties' August 12, 2010 joint Case Management Statement (D.I. 17) and the Court's September 14, 2010 Scheduling Order (D.I. 31) list this date as "Thursday, April 11, 2011," rather than "Monday, April 11, 2011," apparently due to the parties' error in listing the day of the week. April 11, 2011 will fall on a Monday.

1     Therefore, the parties respectfully request that the Court approve this stipulation.

2     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4   Dated:  March 2, 2011                     CARR & FERRELL *LLP*

By: /s/ Stuart C. Clark
STUART C. CLARK
CHRISTINE S. WATSON
Attorneys for Plaintiff and Counterclaim Defendant
YOICHI HARIGUCHI

10   Dated:  March 2, 2011                     GIBSON, DUNN & CRUTCHER *LLP*

By: /s/ Stuart M. Rosenberg
H. MARK LYON
STUART M. ROSENBERG
Attorneys for Defendants and Counterclaimants
NETLOGIC MICROSYSTEMS, INC. and
INTEGRATED DEVICE TECHNOLOGY, INC.

17     PURSUANT TO STIPULATION, IT IS SO ORDERED.

18   DATED: March 4, 2011

*[signature]*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE