1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

5

OAKLAND DIVISION

6

YOICHI HARIGUCHI, an individual,

Case No. 4:10-cv-02203-SBA

7

Plaintiff,

8

v.

**[~~PROPOSED~~] ORDER REGARDING JOINT MOTION**
**FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**
**AND TO RESCHEDULE *MARKMAN* DATES**

9

NETLOGIC MICROSYSTEMS, INC., a Delaware corporation, and
INTEGRATED DEVICE TECHNOLOGY, INC., a Delaware corporation,

10

11

Defendants.

12

AND RELATED CROSS ACTION

13

14

4:10-cv-02203-SBA                -1-                [PROPOSED] ORDER

15

16

Having considered the parties' joint motion for a referral to a Magistrate Judge for a settlement conference and to reschedule the *Markman* hearing and related dates until after the settlement conference, the Court orders as follows:

1.      The parties are hereby referred to a Magistrate Judge for a settlement conference to take place on Thursday, May 12, 2011, or as soon thereafter as the assigned Magistrate Judge's schedule permits.

2.      The *Markman* hearing and related dates in this case are hereby revised per the following chart:

| Event | Current Deadline | Revised Deadline |
|-------|------------------|------------------|
| *Markman* Hearing (PLR Rule 4-6) followed by Case Management Conference | June 1, 2011 at 9:00 a.m. for 2-4 hours. Case Management Conference to follow. | Thursday, September 29, 2011, at 9:00 a.m. for 2-4 hours. |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | Tuesday, April 12, 2011 | Eight weeks before the *Markman* hearing. |
| Completion of Claim Construction Discovery (PLR 4-4) | Monday, April 25, 2011 | Six weeks before the *Markman* hearing. |
| Opening Claim Construction Brief (PLR 4-5(a)) | Thursday, April 28, 2011 | Five weeks before the *Markman* hearing. |
| Responsive Claim Construction Brief (PLR 4-5(b)) | Wednesday, May 11, 2011 | Three weeks before the *Markman* hearing. |
| Reply Claim Construction Brief (PLR 4-5(c)) | Monday, May 16, 2011 | Two weeks before the *Markman* hearing. |

1    IT IS SO ORDERED.

DATED: April 18, 2011

2

_____
SAUNDRA BROWN ARMSTRONG
3    UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16