UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARIGUCHI, | ) | No. C10-02203 SBA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| | ) | |
| NETLOGIC MICROSYSTEMS, INC. ET AL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

      IT IS SO ORDERED.

DATED: 5/25/11

                                      *Saundra B Armstrong*
                            SAUNDRA BROWN ARMSTRONG
                            United States District Judge