1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile: (650) 812-3444

6  Attorneys for Plaintiff and Counterclaim
   Defendant YOICHI HARIGUCHI
7
   H. MARK LYON (SBN 162061)
8  MLyon@gibsondunn.com
   STUART M. ROSENBERG (SBN 239926)
9  SRosenberg@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
10 1881 Page Mill Road
11 Palo Alto, California 94304
   Telephone: (650) 849-5300
12 Facsimile: (650) 849-5333

13 Attorneys for Defendants and Counterclaimants
14 NETLOGIC MICROSYSTEMS, INC., and
   INTEGRATED DEVICE TECHNOLOGY, INC.

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       OAKLAND DIVISION

19

20 YOICHI HARIGUCHI, an individual,        | Case No. 4:10-cv-02203-SBA

21              Plaintiff,

22      v.
                                           **ORDER OF DISMISSAL
23 NETLOGIC MICROSYSTEMS, INC., a          WITH PREJUDICE AND
   Delaware corporation, and               WITHOUT FEES OR COSTS**
24 INTEGRATED DEVICE TECHNOLOGY,
   INC., a Delaware corporation,

25              Defendants.

26

27 AND RELATED CROSS ACTION

28

1    The Court, having considered the joint stipulation for dismissal with prejudice filed by Plaintiff Yoichi Hariguchi ("Hariguchi") and Defendants NetLogic Microsystems, Inc. ("NetLogic") and Integrated Device Technology, Inc. ("IDT") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and for good cause shown, hereby dismisses all claims and counterclaims in this case with prejudice. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED**

DATED: September 13, 2011

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE